BREWSTER & a., *Ex'rs,* v. PAGE, *Adm'r.*

A bill in equity does not lie to set aside an agreed case on grounds on which there is a plain and adequate remedy at law by motion to discharge the case.

BILL IN EQUITY, to set aside the agreed case in *Brewster* v. *Brewster,* 52 N. H. 52, for fraud, accident, and mistake. In the circuit court, January term, 1876, the bill was dismissed, and the plaintiffs excepted.

*W. H. Y. Hackett* and *Frink,* for the plaintiffs.

*Hatch* and *Page,* for the defendant.

SAWYER, J. The bill was properly dismissed, because, if the plaintiffs were entitled to relief, they had a suitable remedy at law on a motion for a discharge of the agreed case *(Bellows* v. *Stone,* 14 N. H. 175, 203; *Lyme* v. *Allen,* 51 N. H. 242); and in *Page* v. *Brewster,* 54 N. H. 184, 188, their motion for a discharge was denied.

*Exceptions overruled.*

FOSTER, J., did not sit.